**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION**

| | | |
|---|---|---|
| **TYRONE MARCELL HOLCOMB,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 9:18-CV-177** |
| | § | |
| **COMMISSIONER OF SOCIAL** | § | |
| **SECURITY ADMINISTRATION,** | § | |
| | § | |
| *Defendant.* | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The court referred this case to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration. The magistrate judge submitted a report and recommendation (Doc. No. 12) recommending the court reverse and remand the Commissioner's decision to re-determine the onset date of Holcomb's disability with the assistance f a medical advisor, as required by SSR 83-20. No objections have been filed. Accordingly, the court ADOPTS the recommendation of the magistrate judge.

**So Ordered and Signed**
**Sep 16, 2019**

_____
Ron Clark, United States District Judge