# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## LUFKIN DIVISION

| | | |
|---|---|---|
| TYRONE MARCELL HOLCOMB,<br>    Plaintiff, | §<br>§<br>§<br>§ | |
| v. | §<br>§<br>§ | CIVIL ACTION NO.<br>9:18-cv-00177-RC-KFG |
| ANDREW SAUL,<br>ACTING COMMISSIONER<br>OF SOCIAL SECURITY<br>ADMINISTRATION,<br>    Defendant. | §<br>§<br>§<br>§<br>§ | |

## ORDER ACCEPTING REPORT AND RECOMMENDATION ON ATTORNEYS' FEES

The Honorable Keith F. Giblin, United States Magistrate Judge, submitted a report [Doc. No. 17] recommending that the Court grant the plaintiff's Motion for Attorney Fees [Doc. No. 15] under the Equal Access to Justice Act.  No party has filed objections to the magistrate judge's report.  The Court **ORDERS** that the Report and Recommendation of the United States Magistrate Judge [Doc. No. 17] is **ACCEPTED.**  The Court further **ORDERS** that the Motion for Attorney Fees [Doc. No. 15] is **GRANTED**.  The Commissioner of Social Security is directed to pay plaintiff Tyrone Marcell Holcomb attorneys' fees under the Equal Access to Justice Act in the amount of $6,231.01 and costs in the amount of $400.00 as recommended in Judge Giblin's report.  It is finally **ORDERED** that the Commissioner mail this award to the plaintiff in care of his attorney, Michael J. Hengst, at the attorney's office address.  This award is subject to any beneficial, contractual and/or assignment-based interests held by counsel.

So ORDERED and SIGNED, Nov 23, 2020.

Ron Clark
Senior Judge